HERMAN WOHLERS et al., Respondents, *v.* FRANK MARTORELLA et al., Appellants.

Argued April 22, 1952; decided July 15, 1952.

*Victor House* and *William Saxe* for appellants.
*Abraham Rudolph* and *Murray Rosen* for respondents.

Order affirmed, with costs. First question certified answered in the negative. Second question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.